# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| **CLARENDON REGENCY IV, LLC,** | ) |
| **Plaintiff/Counterdefendant,** | ) |
| v. | ) Civil Case No. 1:20-cv-1433 (RDA/IDD) |
| **EQUINOX CLARENDON, INC.,** | ) |
| **Defendant/Counterclaimant.** | ) |

## NOTICE OF SETTLEMENT

Defendant/Counterclaimant Equinox Clarendon, Inc., with consent of Plaintiff/Counterclaim Defendant Clarendon Regency IV, LLC, hereby informs the Court that the parties have reached an agreement in principle to settle the above-captioned matter. Counsel for the respective parties expect to file a stipulated dismissal with prejudice by Friday, October 28, 2022.

Dated: October 17, 2022

 

Respectfully submitted,

 /s/ Victoria Ortega
Victoria Ortega (VSB #88957)
Kierstan L. Carlson (VSB #81939)
BLANK ROME LLP
1825 Eye Street, N.W.
Washington, D.C. 20006
Tel: (202) 772-5862
Fax: (202) 572-1404
Kierstan.Carlson@BlankRome.com
Victoria.Ortega@BlankRome.com

Andrew Hambelton (admitted *pro hac vice*)
Hilary F. Korman (admitted *pro hac vice*)
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020

Tel: (212) 885-5345
Fax: (917) 332-3854
Andrew.Hambelton@BlankRome.com
Hilary.Korman@BlankRome.com

*Counsel for Equinox Clarendon, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of October, 2022, I served the foregoing Notice of Settlement to all parties and counsel of record via the Court's electronic filing system.

                                      */s/ Victoria Ortega*
                                      Victoria Ortega (VSB #88957)
                                      BLANK ROME LLP
                                      1825 Eye Street, N.W.
                                      Washington, D.C. 20006
                                      Tel: (202) 772-5851
                                      Fax: (202) 772-1690
                                      Victoria.Ortega@BlankRome.com

                                      *Counsel for Equinox Clarendon, Inc.*