**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| CLARENDON REGENCY IV, LLC, | |
| Plaintiff/Counter-Defendant, | |
| v. | Case No. 1:20-cv-01433-RDA-IDD |
| EQUINOX CLARENDON, INC., | |
| Defendant/Counter-Plaintiff. | |

## JOINT STIPULATION OF DISMISSAL

This day came the parties to this action, by counsel, and advised the Court that all matters in controversy between them have been compromised and settled and requested that this action, and all claims asserted by and between the parties, be dismissed with prejudice.

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by the parties against each other are in all respects dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

Dated this _____ day of October 2022.


_____
The Honorable Rossie D. Alston, Jr.
United States District Court
Eastern District of Virginia

We ask for this:

*/s/ Lindsey Ann Thomas*
Lindsey Ann Thomas (Virginia Bar #91118)
Paul A. Fenn (admitted *pro hac vice*)
CONTI FENN PLLC
36 South Charles Street, Suite 2501
Baltimore, Maryland 21201
Phone (410) 837-6999
Facsimile (410) 510-1647
lindseyann@contifenn.com
paul@contifenn.com

*Counsel for Clarendon Regency IV, LLC*


*/s/ Victoria Ortega*
Victoria Ortega (VSB # 88957)
Kierstan L. Carlson (VSB # 81939)
BLANK ROME LLP
1825 Eye Street, N.W.
Washington, D.C. 20006
Tel: (202) 772-5862
Fax: (202) 572-1404
Victoria.Ortega@BlankRome.com
Kierstan.Carlson@BlankRome.com

Andrew Hambelton (admitted *pro hac vice*)
Hilary F. Korman (admitted *pro hac vice)*
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 885-5345
Fax: (917) 332-3854
Andrew.Hambelton@BlankRome.com
Hilary.Korman@BlankRome.com

*Counsel for Equinox Clarendon, Inc.*